CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 21 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 7:07CR00034 |
| | (Case No. 7:08CV80062--2255) |
| v. | **FINAL ORDER** |
| LUIS FERNANDO VEGA. | By: Hon. Glen E. Conrad |
| | United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

### ORDERED

that the motion to dismiss is **GRANTED**; the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is **DISMISSED**; and the action is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the government.

**ENTER:** This 21st day of October, 2008.

/s/ Glen E. Conrad
United States District Judge